| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| RAS Citron, LLC<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor,<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1<br><br>Laura M. Egerman (LE-8250) | Order Filed on October 31, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**WILLIAM GAGE,**<br><br>    **Debtor,** | Case No.: 12-27092<br>Chapter 13<br>Judge: Kaplan |

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: October 31, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: William Gage
Case No: 12-27092-MBK
Caption of Order: **Order Approving Loan Modification**
_____

     THIS MATTER having been brought to the Court on the motion of Laura M. Egerman, Esq., on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1seeking an Order Authorizing Entry of a FINAL Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and the parties having been given timely notice; and for good cause shown:

    1.    IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

    2.    IT IS ORDERED that, if pre-petition arrears are capitalized into the loan modification, Secured Creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an Amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

    3.    IT IS ORDERED that, if post-petition arrears are capitalized into the loan modification, Secured Creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of the amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

    4.    IT IS FURTHER ORDERED that Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-27092-MBK
William Gage                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Oct 31, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.
db             William Gage,    1005 Wayside Road,    Tinton Falls, NJ  07712-3145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               HOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION, 2008-FT1 TRUST, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2008-FT1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John M. Sommers    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATEHOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION 2008-FT1 TRUST, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2008-FT1 JMSommers@KTLBSLAW.com,    ktlbslaw@aol.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper As Servicing
               Agent For U.S. Bank National Association, As Trustee For Bank Of America Funding 2008-FT1 Trust,
               Mortgage Pass-Through Certificates, Series 2008-F bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              MaryBeth   Schroeder    on behalf of Debtor William   Gage marybeth@schroedermb-law.com
              Warren S. Jones, Jr.    on behalf of Creditor    Bank of America, N.A. email@warrensjones.com,
               bestcasewsj@gmail.com;r46134@notify.bestcase.com
                                                                                             TOTAL: 7